STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Edward Paul Landry
Landry & Watkins
P. O. Drawer 12040
New Iberia LA 70562-2040

**REHEARING ACTION: July 15, 2009**

**Docket Number: 09   00029-CA**

**SHANNON MENARD, ET AL.
VERSUS
LAFAYETTE INS. CO., ET AL.**

**Appealed from Lafayette Parish Case No. C-20022319**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. John D. Saunders**
> **Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lafayette Insurance Company, Prejean Service Company, and**

**Scott Buxton** has this day been

> **DENIED.**

Also, the request for en banc review filed by **Lafayette Insurance Company, Prejean**

**Service Company, and Scott Buxton** has this day been

> **DENIED.**

cc: Thomas Anthony Budetti, Counsel for the Appellee
    Andre F. Toce, Counsel for the Appellant
    Christine M. Mire, Counsel for the Appellant